IN RE CALHOUN

No. 1 PC.

Case below: 53 N.C. App. 371.

Petition by caveator for discretionary review under G.S. 7A-31 denied 3 November 1981.

IN RE WOMACK

No. 342 PC.

Case below: 53 N.C. App. 221.

Petition by caveator for discretionary review under G.S. 7A-31 denied 3 November 1981.

McPHERSON v. ELLIS

No. 38 PC.

No. 147 (Fall Term).

Case below: 53 N.C. App. 476.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 3 November 1981.

MEDFORD v. MOODY

No. 20 PC.

Case below: 53 N.C. App. 371.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 3 November 1981.

MORRIS v. MORRIS

No. 19 PC.

Case below: 52 N.C. App. 734.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 November 1981. Motion of plaintiff to dismiss appeal for lack of substantial constitutional question allowed 3 November 1981.